THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED SCHWARTZ-BERG, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting the defendant of violating section 1141 of the Penal Law, unanimously affirmed. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT COSNER, Appellant, against JOHN E. HOY, as Sheriff of the County of Westchester, et al., Respondents.— In a habeas corpus proceeding, it is contended that the Governor's warrant of arrest is void in that a requisition for extradition, issued by the Governor of California, does not comply with the Federal Extradition Act (U. S. Code, tit. 18, § 3182), particularly in that the affidavit made by the complaining witness, in support of an information charging grand theft, was not sworn to before a magistrate but before a deputy clerk of the court. After a hearing, the writ was dismissed and the relator remanded. Order affirmed, without costs. No opinion. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.

THOMAS M. SPIRITO et al., Appellants, v. BELL TRANSPORTATION SYSTEM, INC., et al., Respondents.— In an action to recover damages for personal injuries suffered as the result of the alleged negligence of the defendants in the operation of a taxicab, plaintiffs appeal from a judgment entered on a verdict of a jury in favor of defendants and from an order denying plaintiffs' motion to set aside the verdict. On the stipulation of the parties, the appeal is discontinued as to appellant Rosa, without costs. Judgment unanimously affirmed, without costs. No opinion. Appeal from order dismissed, without costs. No such order is included in the record. Present — Nolan, P. J., Carswell, Adel, Mac-Crate and Beldock, JJ. [See *post,* p. 974.]

## (March 13, 1953.)

WILLIAM RUSSILLO et al., Appellants, v. EDWARD KELLY, Individually and as President of the Milk Drivers and Dairy Employees Union, Local 584, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers, et al., Respondents.— In an action for an injunction, plaintiffs appeal from an order denying their motion for a temporary injunction. On argument, order affirmed, without costs, on the stipulation of the parties to go to trial on April 6, 1953. The case is placed at the head of the calendar, to be tried at once, subject to the convenience of the trial court. Carswell, Acting P. J., MacCrate, Schmidt and Beldock, JJ., concur.